FILED IN OPEN COURT
ON 8-6-2026
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC
SDF

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America<br>v.<br>SAMUEL ELI LaPLANTE-MATTSSON<br>*Defendant* | ) | Case No. 4:26-MJ-1090-KS<br>Charging District: Southern District of Florida<br>Charging District's Case No. 0:26-CR-60057-RS |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place: US FEDERAL BUILDING<br>299 EAST BROWARD BLVD<br>FORT LAUDERDALE, FL 33301 | Courtroom No.: JUDGE SMITH'S COURTROOM<br>Date and Time: 8/27/2026 10:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 08/06/2026

Kimberly A. Swank
*Judge's signature*

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Printed name and title*